UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Ann DeMarle<br><br>     Plaintiff(s)<br><br>     v.<br><br>Videk, Inc.<br><br>     Defendant(s) | Civil Action No. 2:21–cv–101 |

## **ORDER**

On or before June 3, 2021, Plaintiff and Defendant shall return executed their Magistrate Judge Assignment Forms in accordance with Local Rule 73(c).

Dated at Burlington, in the District of Vermont, this 24th day of May 2021.

*/s/ Kevin J. Doyle*
Kevin J. Doyle
United States Magistrate Judge
